In the Matter of the Claim of AMOS WAGONER, Respondent, against BROWN MANUFACTURING COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued May 20, 1937; decided June 8, 1937.

594

*Raymond F. Nichols* and *Warren C. Tucker* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.